UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L'ARGENT and BONINE L'ARGENT,<br><br>    Plaintiffs<br><br>  v.<br><br>US AIRWAYS GROUP, INC.; US AIRWAYS, INC., and DOES 1 to 100, inclusive,<br><br>    Defendants | CASE NO. 1:14-CV-422  AWI GSA<br><br>**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILING TO FILE DISMISSAL PAPERS** |

On September 30, 2014, Plaintiffs filed a notice of settlement. See Doc. No. 21. The notice stated that settlement had been reached that day, but that the settlement had not yet been consummated. See id. The next day, the Court issued a minute order (which was electronically served on all parties) vacating all currently scheduled dates. See Doc. No. 22. The minute order stated that pursuant to Local Rule 160(b), the parties were to file dispositional papers on or by October 15, 2014. See id. The minute order expressly warned the parties that if dispositional papers were not received, then the Court would dismiss the case on its own authority. See id. It is passed October 15, 2014, and the parties have failed to file dispositional papers.

Under Federal Rule of Civil Procedure 41(b), a court on its own motion may involuntarily dismiss a case based on a plaintiff's failure to prosecute, failure to obey the rules of civil procedure, or failure to obey court orders. See Fed. R. Civ. P. 41(b); Hells Canyon Pres. Council v. United States Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005). Considering the relevant factors,

1  including the congestion of the Court's docket, the express warning given to the parties, and the
2  now dormant state of the case, see Ormstead v. Dell, Inc., 594 F.3d 1081, 1084 (9th Cir. 2011)
3  (listing factors for the court to consider in conjunction with a Rule 41(b) dismissal), the Court
4  finds that dismissal of this case with prejudice is proper.

      Accordingly, IT IS HEREBY ORDERED that:

1. This case is DISMISSED with prejudice under Rule 41(b); and
2. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   November 6, 2014                                  _____
                                                        SENIOR  DISTRICT  JUDGE